# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3030**                                    **September Term, 2024**

**1:19-cr-00127-TNM-1**

**Filed On: May 8, 2025** [2114989]

United States of America,

       Appellee

   v.

Walter Parker,

       Appellant

**O R D E R**

Upon consideration of appellant's unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of this court's disposition of No. 24-3151, United States v. Richardson.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

       BY:   /s/
              James A. Kaiser
              Deputy Clerk